## HALL v. STATE OF INDIANA.

[No. 13,783. Filed October 4, 1929. Rehearing denied December 20, 1929.]

*Q. Austin East, John P. O'Donnell* and *Edwin Corr*, for appellant.
*James M. Ogden*, Attorney-General, and *Merl M. Wall*, Deputy Attorney-General, for the State.

LOCKYEAR, J.—The controlling questions herein are the same as those decided in the case of *Hall* v. *State* (1929), *ante* 548, 168 N. E. 127, and upon authority of that case, this case is affirmed.

## FALL CREEK MANUFACTURING COMPANY ET AL. v. FERGUSON.

[No. 13,772. Filed October 10, 1929. Rehearing denied January 8, 1930.]

*James L. Murray* and *L. A. Krebs*, for appellant.
*Jacob S. White, Burrell Wright* and *E. J. Boleman*, for appellee.

NICHOLS, J.—Affirmed, on authority of *Indiana, etc., Cement Co.* v. *Frazier* (1927), 86 Ind. App. 406, 158 N. E. 249.